**Electronically Filed**
**Supreme Court**
**SCWC-24-0000364**
**29-JUN-2026**
**10:20 AM**
**Dkt. 17 ODAC**

SCWC-24-0000364

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

BRANDON GONZAGA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000364; CASE NO. 2CPC-20-0000653)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Holma, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Brandon Gonzaga's application for writ of certiorari filed on May 3, 2026, is rejected.

DATED:  Honolulu, Hawai'i, June 29, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Karin L. Holma

